UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN SOUTHERN INSURANCE
COMPANY,

    Plaintiff,                                        Case No.:

vs.

GULF COAST TRANSPORTATION, INC.,
d/b/a UNITED CAB/TAMPA BAY CAB, and
PHILLIP MORGAMAN,

    Defendants.
_____/

**COMPLAINT**

Plaintiff, AMERICAN SOUTHERN INSURANCE COMPANY ("AMERICAN SOUTHERN"), by and through its undersigned counsel, files this Complaint against the Defendants, GULF COAST TRANSPORTATION, INC. d/b/a UNITED CAB/TAMPA BAY CAB ( "GULF COAST") and PHILLIP MORGAMAN ("MORGAMAN"), as follows:

**JURISDICTION AND VENUE**

1. This is an action for breach of contract against GULF COAST and MORGAMAN for failure to pay deductibles and allocated loss adjustment expenses due under commercial automobile insurance policies issued by AMERICAN SOUTHERN to GULF COAST.

2. Plaintiff, AMERICAN SOUTHERN, is a foreign corporation incorporated in the State of Kansas with its principal place of business in the State of Georgia. AMERICAN SOUTHERN, therefore, is a citizen of Kansas and Georgia.

3. Defendant, GULF COAST is a Florida corporation with its principal place of business in Tampa, Florida. GULF COAST, therefore, is a citizen of Florida.

4. Defendant, PHILIP MORGAMAN, is a resident of Boca Raton, Palm Beach

1

County, Florida, and is a citizen of Florida.

5. The amount in controversy exceeds $75,000, exclusive of interest, attorneys' fees and costs.

6. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between the Plaintiff, AMERICAN SOUTHERN (Kansas and Georgia), and the Defendants, GULF COAST (Florida) and MORGAMAN (Florida).

7. Venue is proper as the subject insurance policies were issued for delivery in Hillsborough County, Florida, and the Defendants' obligations under the policies arise in Hillsborough County, Florida.

## GENERAL ALLEGATIONS

8. AMERICAN SOUTHERN issued the following four consecutive commercial automobile insurance policies to GULF COAST (collectively "the Policies") for its taxi cab business:

   a. Policy No. BA780001, effective 09/30/2015 – 09/30/2016 ("the 2015 Policy"), attached as Exhibit A.

   b. Policy No. BA780002, effective 09/30/2016 – 09/30/2017 ("the 2016 Policy"), attached as Exhibit B.

   c. Policy No. BA780003, effective 09/30/2017 – 09/30/2018 ("the 2017 Policy"), attached as Exhibit C.

   d. Policy No. BA780004, effective 09/30/2018 – 12/31/2019 ("the 2018 Policy"), attached as Exhibit D.

9. MORGAMAN, the owner of GULF COAST, executed two Indemnity Agreements in which he personally assumed all financial obligations of GULF COAST under the Policies. Copies of the Indemnity Agreements are attached hereto as composite <u>Exhibit E</u>.

10. The Policies each contain an endorsement obligating GULF COAST (and MORGAMAN) to pay a $25,000 per accident deductible plus allocated loss adjustment expense (ALAE). Exhibits A-D, Endorsement 1.

11. As of May 31, 2020, GULF COAST and MORGAMAN owed AMERICAN SOUTHERN the total amount of $335,272.72 for deductibles and ALAE for claims that were settled on or before May 31, 2020.[1]

12. AMERICAN SOUTHERN retains security from GULF COAST in the amount of $170,000 for GULF COAST's deductible/ALAE obligations under the Policies.

13. AMERICAN SOUTHERN has applied the security from GULF COAST toward the amount owed by GULF COAST and MORGAMAN for deductibles and ALAE for claims settled as of May 31, 2020.

14. Application of the $170,000 security to GULF COAST's and MORGAMAN's indebtedness results in a balance of $165,272.72 currently owed to AMERICAN SOUTHERN for deductibles and ALAE for claims settled as of May 31, 2020.

15. GULF COAST and MORGAMAN are currently indebted to AMERICAN SOUTHERN in the total amount of $165,272.72.

16. GULF COAST and MORGAMAN have failed to pay AMERICAN SOUTHERN the amounts owed under the Policies.

---

[1] GULF COAST and MORGAMAN continue to incur additional deductibles and ALAE for pending claims. This lawsuit seeks recovery of only deductibles and ALAE for claims that were settled as of May 31, 2020.

17. All conditions precedent to the initiation and maintenance of this action have been complied with, have occurred, or have been waived.

## COUNT I – BREACH OF CONTRACT

18. AMERICAN SOUTHERN realleges and reincorporates by reference paragraphs 1 through 17 above as if fully set forth herein.

19. Pursuant to the deductible endorsements in the Policies, GULF COAST and MORGAMAN currently owe AMERICAN SOUTHERN the total amount of $165,272.72 for deductibles and ALAE for claims settled as of May 31, 2020.

20. Pursuant to the two Indemnity Agreements, MORGAMAN agreed to personally assume all financial obligations of GULF COAST under the Policies.

21. GULF COAST and MORGAMAN have failed to pay AMERICAN SOUTHERN amounts due under the Policies pursuant to the deductible endorsements.

22. GULF COAST's and MORGAMAN's failures to pay amounts due under the Policies constitute breaches of the Policies and Indemnity Agreements.

23. AMERICAN SOUTHERN has been damaged by GULF COAST's and MORGAMAN's breaches.

24. Pursuant to the Indemnity Agreements, MORGAMAN is liable to AMERICAN SOUTHERN for the attorneys' fees and costs incurred by AMERICAN SOUTHERN in bringing this action.

WHEREFORE, AMERICAN SOUTHERN demands judgment against GULF COAST and MORGAMAN in the principal amount of $165,272.72, plus prejudgment interest, attorneys' fees and costs.

Dated:  June 18, 2020

5

Respectfully submitted,

TRAUB LIEBERMAN STRAUS
 & SHREWSBERRY LLP

*/s/ Lauren S. Curtis*
LAUREN S. CURTIS, ESQ.
FBN:   150940
lcurtis@tlsslaw.com
BRADLEY T. GULDALIAN, ESQ.
FBN:   161608
bguldalian@tlsslaw.com
360 Central Avenue, Suite 1000
St. Petersburg, Florida 33701
(727) 898-8100 (Tel)
(727) 895-4838 (Fax)
Counsel for Plaintiff,
AMERICAN SOUTHERN INSURANCE
COMPANY